UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MERAZ DESPAIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MCFARLAND, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00228-JLT-CDB<br><br>ORDER ON STIPULATION MODIFYING SCHEDULING ORDER <u>AS MODIFIED</u><br><br>(Doc. 13) |

Pending before the Court is the parties' stipulated request to modify the scheduling order. (Doc. 13). The parties have attached declarations from counsel in support of their request that demonstrate due diligence and establish good cause. (Docs. 13-2, 13-3).

In light of the parties' representations, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Non-Expert Discovery | February 19, 2024 | April 29, 2024 |
| Deadline for Initial Designation of Expert Witnesses | March 8, 2024 | May 10, 2024 |
| Deadline for Designation of Rebuttal Expert Witnesses | March 22, 2024 | June 7, 2024 |

| | | |
|---|---|---|
| Close of Expert Discovery | April 22, 2024 | June 28, 2024 |
| Non-Dispositive Motion Filing Deadline | May 6, 2024 | July 12, 2024 |
| Non-Dispositive Motion Hearing | June 13, 2024 | August 15, 2024 |
| Dispositive Motion Filing Deadline | June 24, 2024 | September 27, 2024 |
| Dispositive Motion Hearing | August 7, 2024 | November 6, 2024 |
| Pre-Trial Conference | October 7, 2024 | January 6, 2025 |
| Jury Trial (5-7 days) | December 3, 2024 | March 4, 2025 |

IT IS SO ORDERED.

Dated:   **February 15, 2024**

UNITED STATES MAGISTRATE JUDGE